# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00507-CR

**Reginald Glenn Simon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY, NO. 78664, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Reginald Glenn Simon seeks to appeal an order of deferred adjudication for possession of a controlled substance of less than one gram. *See* Tex. Health & Safety Code § 481.115. The trial court has certified that this is a plea-bargain case and Simon has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (b).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed: September 5, 2018

Do Not Publish